Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com

*Attorneys for Defendant*
*First National Bank of Omaha, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES A. QUIOAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA, INC., a Nebraska Corporation; EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-01231-RFB-GWF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff James A. Quioan ("Plaintiff"), by and through his counsel of record, and Defendant First National Bank of Omaha, Inc. ("FNBO"), by and through its counsel of record, hereby stipulate and agree that all of Plaintiff's claims against FNBO in the above-captioned action are dismissed **with prejudice**, with each party to bear their own costs and fees.

DATED this 17th day of April 2020.          DATED this 17th day of April 2020.

  /s/  Erik W. Fox                                              /s/ Nicole Lovelock
Jamie S. Cogburn, Esq.                              Nicole Lovelock, Esq.
Nevada State Bar No. 8409                        Nevada State Bar No. 11187
Erik W. Fox, Esq.                                         Justin C. Jones, Esq.
Nevada State Bar No. 8804                        Nevada State Bar No. 8519
**COGBURN LAW**                                     **JONES LOVELOCK**
2580 St. Rose Parkway, Suite 330             6675 W. Tenaya, Suite 200
Henderson, Nevada 89074                         Las Vegas, Nevada 89113
Telephone: (702) 748-7777                        Telephone: (702) 805-8450
Fax: (702) 966-3880                                    Fax: (702) 805-8451

*Attorneys for Plaintiff*                                *Attorneys for Defendant*
                                                                    *First National Bank of Omaha, Inc.*

### ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  17th day of April, 2020.